UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re FOOT LOCKER, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | ) Civil Action No. 1:18-cv-02922 (AMD)<br>)<br>) NOTICE OF VOLUNTARY DISMISSAL<br>) WITHOUT PREJUDICE PURSUANT TO FRCP<br>) RULE 41<br>)<br>)<br>)<br>) |

Pursuant to Rules 23.1(c) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs The Vladimir Gusinsky Revocable Trust and Gregory Smith ("Plaintiffs"), defendants (the "Individual Defendants"), and Nominal Defendant Foot Locker, Inc. ("Foot Locker" or the "Company," and, with the Individual Defendants, "Defendants"),[1] by and through their undersigned counsel, submit this stipulation and [proposed] order to voluntarily dismiss the above-captioned action without prejudice and state as follows:

WHEREAS, on May 16, 2018 and November 20, 2018 Plaintiffs filed their respective shareholder derivative complaints on behalf of Foot Locker alleging claims for breach of fiduciary duty;

WHEREAS, those actions were consolidated by order of the Court on March 14, 2019;

WHEREAS, a related securities fraud class action asserting federal claims arising from facts common to the Action and captioned *City of Warren Police and Fire Retirement System v. Foot Locker, Inc., et al*, No. 1:18-cv-1492-AMD-SJB was pending in the United States District Court for the Eastern District of New York (the "Securities Action");

---

[1] Plaintiffs and Defendants are collectively referred to herein as the "Parties."

WHEREAS, on August 21, 2018 the Court entered an order granting the Parties' stipulation to stay this Action pending entry of an order on defendants' motion to dismiss the Securities Action;

WHEREAS, on September 30, 2019, an order granting defendants' motion to dismiss was entered in the Securities Action and the Securities Action was dismissed with prejudice on October 31, 2019;

WHEREAS, Plaintiffs now wish to voluntarily dismiss this Action without prejudice, with each party to bear their own costs and fees, and Defendants do not oppose such a dismissal; and

WHEREAS, the Parties respectfully submit that notice of said dismissal is unnecessary to protect the interests of Foot Locker and its shareholders for the following reasons: (i) Plaintiffs seek dismissal without prejudice; (ii) there has been no settlement or compromise between the Parties nor attempts to seek such; (iii) there has been no collusion among the Parties; (iv) neither Plaintiffs nor their counsel has received nor will receive any consideration from Defendants for the dismissal; and (v) no prior notice has been issued to shareholders in connection with this Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel, pursuant to Rules 23.1(c) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and subject to Court approval, as follows:

1. This Action is dismissed in its entirety without prejudice.

2. Each party shall bear its own costs, fees, and expenses, including attorneys' fees.

3. For the reasons noted above, notice of this dismissal is not required.

IT IS SO STIPULATED this 2nd day of December, 2019.

_/s/ Susan L. Saltzstein_
Susan L. Saltzstein
**SKADDEN, ARPS, SLATE,**
**MEAGHER & FLOM LLP**
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
E-mail: susan.saltzstein@skadden.com

*Attorney for Defendants Richard A. Johnson, Lauren B. Peters, and Nominal Defendant Foot Locker, Inc.*

**SIMPSON THACHER &**
**BARTLETT LLP**
Lynn K. Neuner
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
E-mail: lneuner@stblaw.com

*Attorney for Defendants Dona D. Young, Jarobin Gilbert, Jr., Cheryl Nido Turpin, Alan D. Feldman, Matthew M. McKenna, Guillermo G. Marmol, Maxine Clark, Steven Oakland, Ulice Payne, Jr. Kimberly K. Underhill and Nicholas DiPaolo*

_/s/ Thomas G. Amon_
THOMAS G. AMON
**LAW OFFICES OF THOMAS G. AMON**
733 3rd Avenue, 15th Floor
New York, NY 10017
Telephone: (212) 810-2430
E-mail: tamon@amonlaw.com

*Counsel for The Vladimir Gusinsky Revocable Trust and Gregory Smith*

**ROBBINS LLP**
GEORGE AGUILAR
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: gaguilar@robbinsarroyo.com

*Counsel for The Vladimir Gusinsky Revocable Trust*

**THE WEISER LAW FIRM, P.C.**
JAMES M. FICARO
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: (610) 225-2677
jmf@weiserlawfirm.com

*Counsel for Gregory Smith*

**SO ORDERED:**

DATED: _____    _____
                                  THE HONORABLE ANN M. DONNELLY
                                  UNITED STATES DISTRICT JUDGE